IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GARY JAY MATUS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D14-1578

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Appellee.

_____/

Opinion filed January 16, 2015.

An appeal from the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Gary Jay Matus, pro se, Appellant.

Mark J. Hiers, Assistant General Counsel, Florida Commission on Offender
Review, Tallahassee, for Appellee.

PER CURIAM.

       AFFIRMED.

RAY, MAKAR, and BILBREY, JJ., CONCUR.